UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYLEN SULTON,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:21-cr-00092

## **ORDER**

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Jaylen Sulton's detention on the basis of that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on May 19, 2021, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden of proving by preponderant evidence, that defendant poses a significant risk of non-appearance. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 20, 2021.

      <u>/s/ Phillip J. Green</u>
PHILLIP J. GREEN
United States Magistrate Judge